VAN BUREN *v*. VAN BUREN.

DIVORCE—ADULTERY—CUSTODY OF MINOR DAUGHTER.

> Where defendant husband was granted a decree of divorce
> on his cross-bill on the grounds of adultery committed
> by plaintiff, but the custody of a daughter under seven
> years old was awarded to plaintiff, on appeal the decree
> of the court below will be modified by awarding the
> custody of the daughter to defendant, the record being
> convincing that plaintiff is totally unfit to have such
> custody.

Appeal from Kent; Perkins (Willis B.), J.     Submitted April 10, 1924.     (Docket No. 51.)     Decided May 8, 1924.

Bill by May Van Buren against Cornie Van Buren for a divorce.     Defendant filed a cross-bill for a divorce on the grounds of adultery.     From a decree for defendant, but awarding the custody of a child to plaintiff, defendant appeals.     Modified and affirmed.

*Irving H. Smith,* for defendant.

FELLOWS, J.     In the court below a decree of divorce was granted defendant on his cross-bill on the grounds of adultery committed by the plaintiff.     Plaintiff was given the custody of the daughter of the parties then less than seven years old.     Defendant seeks on this appeal modification of the decree with reference to the custody of the child.     The testimony establishes the charge of adultery beyond question.     We shall not detail the testimony of plaintiff's numerous escapades. On some of them she took the little girl with her. The record is convincing that she is totally unfit to

On denial of custody of child to parent for its well-being, see note in 41 L. R. A. (N. S.) 564.

have the custody of the child.    By her conduct she has forfeited any claim a mother may have to rear her offspring.

The decree will be modified by giving to defendant the custody of the daughter and, as so modified, will be affirmed without costs.

CLARK, C. J., and MCDONALD, SHARPE, STEERE, and WIEST, JJ., concurred with FELLOWS, J.

BIRD and MOORE, JJ., concurred in the result.